

I love you daddy. I miss you more than words can say miss you taking us swimming and on fun little outtings and getting toys.

"Love Daevon"